UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 7A

| | |
|---|---|
| Trimil S.A., | |
|                                Plaintiff, | Court No. 05-00443 |
|      v. | |
| United States, | |
|                               Defendant. | |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: December 26, 2024

/s/ Joseph M. Spraragen

Attorney for Plaintiff
599 Lexington Ave., FL 36

Street Address
New York, NY 10022

City, State and Zip Code
212-973-7726

Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: December 27, 2024        Clerk, U. S. Court of International Trade

By:     /s/ Lewis Hugh
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 05-00443 | Trimil S.A. |
| 05-00677 | Trimil S.A. |
| 06-00145 | Trimil S.A. |
| 06-00295 | Trimil S.A. |
| 07-00004 | Trimil S.A. |
| 07-00235 | Trimil S.A. |
| 07-00416 | Trimil S.A. |
| 08-00110 | Trimil S.A. |
| 08-00309 | Trimil S.A. |
| 09-00117 | Trimil S.A. |
| 09-00328 | Trimil S.A. |
| 09-00539 | Trimil S.A. |
| 10-00202 | Trimil S.A. |
| 10-00378 | Trimil S.A. |
| 11-00155 | Trimil S.A. |
| 11-00418 | Trimil S.A. |
| 12-00383 | Trimil S.A. |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: ___December 27, 2024___

Clerk, U. S. Court of International Trade

By: ___/s/ Lewis Hugh___
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)